IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
No. 7:23-cv-119-BO-BM

| | |
|---|---|
| DANIEL GENE GUY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed a motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $4,500.00. After consultation, the parties agreed that the amount of $4,500.00 should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $4,500.00 be made, payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt.

SO ORDERED, this 22 day of Jan., 2024.

Terrence Boyle
United States District Judge

1